IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
MAR - 3 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WHITAKER | No. 09-mc- 80277 SI |
| Plaintiff(s),<br>(Petitioner) | |
| v. | **ORDER RE APPLICATION TO<br>PROCEED IN FORMA PAUPERIS** |
| MICHAEL ASTRUE. | |
| Defendant(s).<br>(Respondent) | CV 15 0993   HSG |

( X )  IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined separately.

( X )  The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant. The Clerk of the Court shall open a District Court case as previously ordered on November 5, 2015.

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

( )  IT IS ORDERED that the application to proceed in forma pauperis is DENIED and the plaintiff is further ordered that:
   ( ) Filing fee waived in part: partial payment of $_____ due on _____.  remaining balance to be waived.
   ( ) Partial payment of $_____ due on _____, remaining balance due and payable on _____.
   ( ) Partial payment of $_____ due on _____, remaining balance due in installments as follows: _____.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  3/3/15

_Susan Illston_
UNITED STATES DISTRICT JUDGE

(Not to be used in PRISONER OR HABEAS CORPUS cases) NDC CSA-7 (rev. 4/22/2014)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITAKER,<br><br>              Plaintiff,<br><br>v.<br><br>ASTRUE,<br><br>              Defendant. | Case Number: 09-80288 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Fred A. Whitaker**
872 69th Avenue
Oakland, CA 94621


March 3, 2015


                                      Richard W. Wieking, Clerk

                                      By:    /s/ T. Kasamoto