UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A. WHITAKER,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE,<br><br>      Defendant. | Case No. 15-cv-00993-HSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Fred Whitaker filed this social security review action on March 3, 2015. Dkt. No. 1. On June 8, 2015, acting commissioner of social security Carolyn Colvin filed and served her answer on Plaintiff. Dkt. No. 8. Pursuant to the Northern District of California's Procedural Order for Social Security Review Actions, Dkt. No. 4, Plaintiff must serve and file a motion for summary judgment within 28 days of service of Defendant's answer. Accordingly, Plaintiff's deadline to file a motion for summary judgment was July 6, 2015.

Plaintiff failed to comply with the Court-ordered deadline to file a motion for summary judgment. If Plaintiff wishes to continue to prosecute this action, he shall file a motion for summary judgment by July 17, 2015. If Plaintiff is unable to file such motion, the Court orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 10, 2015

                                                      HAYWOOD S. GILLIAM, JR.
United States District Judge