1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

FRED A. WHITAKER,

7
Plaintiff,

Case No.  15-cv-00993-HSG

8
v.

9

**JUDGMENT**

MICHAEL ASTRUE,

10

Re: Dkt. No. 20

Defendant.

11
12
13    Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion

14    for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment,

15    This document constitutes a judgment and a separate document for purposes of Federal

16    Rule of Civil Procedure 58(a).

17    Dated at Oakland, California, this 13th day of January, 2016.

18
19    Susan Y. Soong
      Clerk of Court

20
21    
      By: _____
22    Deputy Clerk

23
24
25
26
27
28

United States District Court
Northern District of California

1

2                           UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4

5    FRED A. WHITAKER,                             Case No.  15-cv-00993-HSG

                    Plaintiff,
6
                                                   **CERTIFICATE OF SERVICE**
7         v.

8    MICHAEL ASTRUE,

                    Defendant.
9

10          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

11   District Court, Northern District of California.

12

13          That on January 13, 2016, I SERVED a true and correct copy(ies) of the attached, by

14   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

15   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

16   receptacle located in the Clerk's office.

17

18   Fred A. Whitaker
     872 69th Avenue
19   Oakland, CA 94621

20

21
     Dated: January 13, 2016
22

23                                                 Susan Y. Soong
                                                   Clerk, United States District Court
24

25

26                                                 By:_____
                                                   Nikki D. Riley, Deputy Clerk to the
27                                                 Honorable HAYWOOD S. GILLIAM, JR.

28

                                                    2